# United States Court of Appeals for the Federal Circuit

August 16, 2006

ERRATA

Appeal No. 03-1395

<u>Hash v. United States</u>
Decided:  April 4, 2005.                    Precedential

The following changes are made:

Page 9, line 16, of the slip opinion, replace "§2842(a)" with -- §243.2  --.

Page 9, line 24, of the slip opinion, replace "§2842(a)" with -- §243.2  --.